UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD ROWE | CIVIL ACTION |
| VERSUS | |
| PRIMERICA LIFE INSURANCE COMPANY, GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, CHRIS DANTIN, INC., AND CHRIS DANTIN | 19-863-SDD-SDJ |

## RULING

Local Rule 7(f) of the Middle District of Louisiana requires that memoranda in opposition to a motion be filed within twenty-one (21) days after service of the motion.

In the present case, a *Rule 12(b)(6) Partial Motion to Dismiss*[1] was electronically filed by Defendant, Guardian Life Insurance Company of America ("Guardian"), on November 13, 2020. A review of the record shows that an opposition was due on December 4, 2020; thus, well more than twenty-one (21) days have elapsed since the filing of this motion, and no memorandum in opposition has been submitted to date. Further, the record reveals that Plaintiff, Donald Rowe ("Plaintiff") has not sought an extension of time to oppose this motion.

Therefore, this *Motion* is deemed to be unopposed, and further, after reviewing the record, the Court finds that the *Motion* has merit as a matter of law. Accordingly,

---

[1] Rec. Doc. No. 33.

Document Number: 64789

**IT IS HEREBY ORDERED** that the *Rule 12(b)(6) Partial Motion to Dismiss*[2] is GRANTED. All claims brought by Susan Rowe are dismissed with prejudice. Further, the following claims asserted by Plaintiff are also dismissed with prejudice: claims under La. R.S. 22:1892 and 22:1893; claims for intentional/negligent infliction of emotional distress; claim for bad faith penalties associated with the previously mentioned claims.

Any response to this *Ruling* <u>explaining the failure to comply with the deadline</u>, based on the appropriate Federal Rule of Civil Procedure, shall be filed within fourteen (14) days <u>and</u> must be accompanied by an opposition memorandum to the original *Motion*.

**IT IS SO ORDERED**.

Baton Rouge, Louisiana, this 11th day of January, 2021.

_____
**SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**

---

[2] Rec. Doc. No. 33.
Document Number: 64789